[No. 44546-4-I. Division One. July 17, 2000.]

BETTY M. BERRY, ET AL., *Appellants*, v. CROWN CORK & SEAL COMPANY, INC., *Defendant*, SABERHAGEN HOLDINGS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-31595-6, Richard A. Jones, J., entered April 16, 1999. *Reversed* by unpublished opinion per Ellington, J., concurred in by Grosse and Webster, JJ. Now published at 103 Wn. App. 312.

[No. 44513-8-I. Division One. July 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ALI JARON IVORY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-03734-9, Linda Lau, J., entered April 2, 1999. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Grosse and Ellington, JJ.

[No. 44236-8-I. Division One. July 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. IVAN P. PONOMARENKO, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01729-0, Richard J. Thorpe, J., entered March 1, 1999. *Affirmed* by unpublished per curiam opinion.